UNITED STATES DISTRICT COURT
EASTERN DISTRICT of ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 10 2024

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

Nicholas Leonard Woods
    Plaintiff

VS.

United States Department of
Justice Federal Bureau of Prison
    Defendant

NO. TRT-SCR-2023-02858

Case No. 4:24-cv-501-DPM

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Kearney**

Motion to Reconsider Order
Torque Claim

Comes Now Nicholas Leonard Woods, Plaintiff, in the above captioned cause, moves the court to reconsider its Tort Claim No. TRT-SCR-2023-02858. Grounds for this motion are as follows.

Nicholas Woods filed suit under the federal tort claims Act, U.S.C. §§ 2671-268, alleging that employee of the United States negligently caused significant delay in the proper treatment of left shoulder that Mr. Woods suffered while an inmate at the Federal Correctional Institution in Forrest City Arkansas. An investigation from the United States Department of Justice Federal Bureau of Prisons. South Central Regional Office U.S. Armed Forces 344 Marine Forces Drive Grand Prairie, Texas 75051. Advised claim of having afford (6) months of the date Dec. 1. 2023 to bring suit in the United States District Court.

(1)

On March 28, 2022, Nicholas Leonard Woods began to complain and inform the medical department Federal Correctional Institution Forrest City (medium) Arkansas. Mr. Woods had slip from trying to get into his upper bunk.

On Dec 12, 2022, An M.R.I indications and findings. Arthritic disease at the acromioclavicular joint without appreciable spurring. Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint. Suspected tear of the long head of the biceps tendon. Subchondral bony degenerative change of the superior humeral head.

On March 28, 2023, Mr. Woods was sent to a specialist. "Spaslist discussed with the patient that based on his record and examination today concerned for a rotator cuff tear. Based on Mr. Woods history would classify this a traumatic rotator cuff tear even though his injury was over a year ago. Discussed with the patient that typically the recommendation is operative treatment for traumatic rotator cuff tear. Under a year out from initial injury this recommendation does not change. He has a traumatic rotator cuff tear does need to be repaired. Mr. Woods never return to the specialist and specialist never received M.R.I for the patient regarding surgery.

Mr. Woods filed suit under the Federal Tort Claim Act, alleging that the Health Service Department and its staff breach duties of care owed to Mr. Woods by refusing medical treatment and causing unreasonable delay in the diagnosis and repair

(2)

of Mr. Woods injury. Mr. Woods alleged that the delay in treatment caused him "undue and unnecessary pain and suffering. This condition was caused by the delay in treatment and has worsen in time. Nicholas Woods states that his experiences pain on a constant basis and that his left shoulder will not support his normal day to day activities. Mr. Woods is living in pain and sleeps in pain, that he can no longer participate in life functions. Mr. Woods cannot carry anything due to the pain.

Section 2676 of the federal Tort Claim Act delegates to each federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal or injury caused by the neglect or wrongful act or omission of any employee of the agency acting within the scope

As a result of waiting nearly two years for treatment of Mr. Woods shoulder injury. The shoulder behind the injury has become more damaged and now causes Mr. Woods enormous pain as well. With M.R.I results arthridisease is no cure a lifetime with pain. Complete tear of the supraspinatus tendon, tear of the long head of the biceps tendon, change of the superior humeral head. A M.R.I. (2), which ultimately revealed that Mr. Woods suffered. With exhibit (A) medical records Buren of Prison. Exhibit (B) St. Vincent's Orthopedic records Birmingham Alabama. Dr. Reaves m. Crabtree, M.D. As result of the claim that experienced significant delay necessary pain & suffering. Its seeking $ 5,000,000 in compensation

(3)

Certificate of Service

A copy of the forgoing was sent by U.S. mail May 22. 2023

Date May 22. 2023

Nicholas Leonard Woods
1812 Carson Rd Apt P
Birmingham Alabama 35215
478-451-7018
callongod411@yahoo.com

(4)

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Federal Bureau of Prisons - Regional Director Grand Prairie office 344 Marine forces Drive Grand Prairie, Texas 75051 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. NICHOLAS L. WOODS REG No: 71361-380 FCI Forrest City medium P.O. Box 3000 Forrest City, Arkansas 72336 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH Oct. 25, 1982 | 5. MARITAL STATUS SINGLE | 6. DATE AND DAY OF ACCIDENT March 28 2022 to Present | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). On March 28, 2022, I began to complain and inform the medical department that I was suffering a shoulder injury, which I had slip from trying to get into my upper bunk. I'm seeking to hold ALL medical and Administrative staff members who are responsible for the inadequate medical treatment and procedures. The significant delay in the proper treatment of claimant shoulder under Federal tort claims act 28 U.S.C § 2671 - 2680, and continue to delay after M.R.I revealing several damages. There is no precise of exact measuring stick for calculating general damages for pain and suffering in this case at bar, the attached exhibits clearly reveal the need for surgery see attachment

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

NOT APPLICABLE

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side). I was forced to wait nearly a year for treatment of a shoulder pain. The shoulder that was lack of sleep The shoulder injury caused lack of sleep for the injury.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| All medical records and electronic email from March 2022 to present | NOT APPLICABLE |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| NOT APPLICABLE | 5,000,000.00 | NOT APPLICABLE | 5,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE Jan 16, 2023 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

(5)

As a result of waiting nearly a year for treatment of my shoulder. The shoulder behind the injury has become more damaged and now causes me enormous pain as well. With m.RJ results arthritic disease is no cure, a lifetime with pain. Complete tear of the supra spinatus tendon, tear of the long head of the biceps tendon, change of the superior humeral head. Etc



**United States Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

Date Mailed: December 1, 2023

CERTIFIED MAIL
7020 0640 0001 4984 2740

Nicholas Woods
Reg. No. 71361-380
FCC Forrest City, Medium Institution
P.O. Box 3000
Forrest City, AR 72336

                  Re:    Tort Claim No. TRT-SCR-2023-02858

Mr. Woods:

Your claim has been considered for administrative settlement under the Federal Tort Claims Act (FTCA) 28 U.S.C. § 2672, *et seq.*, and authority granted by 28 C.F.R. § 0.172.

Section 2676 of the Federal Tort Claims Act delegates to each federal agency the authority to consider, determine and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency acting within the scope of his office or employment.

You claim that around March 28, 2022, while incarcerated at FCC Forrest City, Medium Institution, you fell from your upper bunk and injured your left shoulder. You claim that you experienced a delay in the scheduling of an MRI, which ultimately revealed that you suffered from a torn supraspinatus tendon. You claim that you were forced to wait nearly a year for treatment and that the delay in treatment caused the development of arthritic disease in your left shoulder joint. As a result, you claim that you experienced unnecessary pain and suffering. You seek $5,000,000.00 in compensation.

The investigation found insufficient evidence to support your claim. The investigation concluded that you did not suffer a loss of personal property or injury caused by the negligence of an employee of the United States acting within the scope of employment. Therefore, your claim is denied.

(6)

*WOODS, Nicholas, Reg. No. 71361-380*
*TRT-SCR-2023-02858*
*Pg. 2.*

You are advised that if you are dissatisfied with the determination in this matter, you are afforded six (6) months from the date of the mailing of this communication within which to bring suit in the appropriate United States District Court.

Sincerely,

Jason A. Sickler
Regional Counsel

cc:     C. Garrett, Complex Warden
        FCC Forrest City

(7)

Date Mailed: April 15 2024

To:    United States Department of Justice
Federal Bureau of Prison
South Central Regional office
344 Marine Forces Drive

From:    Nicholas Woods Reg. No. 71361380
Claim No. TRT-SCR-2023-02858
304 Tree Crossing Parkway
Hoover, Al 35244

    Mr. Sickler, Regional Counsel
Responding to a claim that was denied. With sufficient evidence to support claim. These documents will support claim. Now (2) m.R.J reading revealing of a complete rotator cuff tear. A injury that has been since of March 2022, a major injury that has been pain & suffering. At St. Vincent Orthopedics Birmingham, Ala. Dr. Crabtree has placed Mr. Woods completely out from working. Being released from prison Mr. Woods cannot support his self in no way. Ultimately, this claim now will be determine through the United States Court. The employee's are responsible for the care.

Sincerely,
Nicholas Woods
Nicholas Woods

(81)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M    Race: BLACK | Facility: | FOM |
| Encounter Date: 04/01/2022 08:56 | Provider: Woodard, Sheila S (MAT) | Unit: | A01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Woodard, Sheila S (MAT) MD

Chief Complaint:    ORTHOPEDIC/RHEUMATOLOGY

Subjective:       Sick Call visit for this 39 year/old Black male who presents this am
with Left Shoulder Pain; patient states he injured his shoulder
jumping up to his top bunk ; losing his balance; and falling directly
on the floor several days ago.
He admits to an aching pain localized to his left shoulder
worse with any movement; Pain Score 10/10
this am. Patient denies any numbness and tingling or
dropping objects.
Plan to obtain Left Shoulder Film'; Shoulder Stabilizer; RX Ibuprofen 800mg; issue a temp
Lower Bunk Pass.
MRI and Consult Ortho for an evaluation.

Pain:          Yes

**Pain Assessment**

Date:              04/01/2022 09:12

Location:          Shoulder-Left

Quality of Pain:   Aching

Pain Scale:        10

Intervention:      Plan to issue this patient Ibuprofen; Shoulder Stablizer;

Trauma Date/Year:

Injury:

Mechanism:

Onset:             1-2 Days

Duration:          1-2 Days

Exacerbating Factors:  Any Arm or shoulder
movement

Relieving Factors:  Ibuprofen

Reason Not Done:

Comments:

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 98.1 | 36.7 | | Woodard, Sheila S (MAT) MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 65 | | | Woodard, Sheila S (MAT) MD |

**Respirations:**

(9)

| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M  Race: BLACK | Facility: | FOM |
| Encounter Date: | 04/01/2022 08:56 | Provider: Woodard, Sheila S (MAT) | Unit: | A01 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 18 | Woodard, Sheila S (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 123/92 | | | | Woodard, Sheila S (MAT) MD |

**SaO2:**

| Date | Time | Value(%) Air | | Provider |
|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 98 | | Woodard, Sheila S (MAT) MD |

**Exam:**

**Musculoskeletal**

**Shoulder**

Yes: Normal Bony Landmarks, Symmetric, Neurovascular Intact, Swelling, Inflammation, Warm to Touch, Tenderness, Decreased Range of Active Motion, Decreased Range of Passive Motion, Ligamentous Laxity, Contusion(s)

No: Normal Exam, Full Range of Motion, Non-Tender on Palpation, Normal Active ROM, Normal Passive ROM, Joint Deformity, Malalignment, Muscle Rupture, Muscle Atrophy, Rash/Lesions, Ecchymosis, Erythema, Frozen Shoulder, Ankylosis, Subcutaneous Nodules, Crepitus, Clicking, Popping, Locking, Trauma, Laceration(s), Abrasion(s), Hematoma

**ASSESSMENT:**

Joint derangement, unspecified, M249 - Current - *Left Shoulder Injury several days ago*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 04/01/2022 08:56 |

**Prescriber Order:**  800 mg Orally  -  daily x 10 day(s)

Indication:  Mononeuropathy of upper limb, Joint derangement, unspecified, Impingement syndrome of shoulder

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-AC Joints - General [Left] | One Time | | 04/01/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

Injury several days ago; attempting to junk into his upper bunk

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 04/15/2022 | 04/15/2022 | Emergent | No | |

Subtype:

MRI, Offsite

Reason for Request:

Left Shoulder injury several days ago after he states he attempted jumping into his upper bunk and losing his balance; hitting the floor.
He admits to a Pain Score 10/10; Aching Pain associated with moving his left upper arm.  He denies any numbness and tingling.
Request an evaluation of his shoulder with MRI before consulting Ortho.

( 10 )

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name:  WOODS, NICHOLAS | | | | Reg #:  71361-380 |
| Date of Birth:  10/25/1982 | | Sex:     M     Race:  BLACK | | Facility:  FOM |
| Encounter Date:  04/05/2022 10:09 | | Provider:  Harris, J. APRN | | Unit:      A01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Harris, J. APRN

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:     IM returned to sick call today with complaints of continued LT shoulder pain.

IM was seen on 4/1/2022 by the MD and had x-rays taken. MD gave low bunk pass, shoulder sling, Ibuprofen 800, and ordered an MRI and ORTHO Consult.

TODAY- IM rates pain as 10 on PS.  IM states he has not re-injured his shoulder since seeing the MD on Friday.  IM does not have shoulder in sling however but does have sling just hanging around his neck.  IM is noted to have some decreased ROM with movement of the LT shoulder.

x-rays done on 4/1/2022 as follows:
LT SHOULDER-IMPRESSION:
Unremarkable left shoulder radiographs.

Spoke with onsite MD who states to give IM T3 2 tabs BID for 3 days on pill line. First two given from pyxis at this time. IM still has consult to see ORTHO/MRI in BEMR.

Pain:          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/05/2022 10:12 |
| Location: | Shoulder-Left |
| Quality of Pain: | Sharp |
| Pain Scale: | 10 |
| Intervention: | see notes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-5 Days |
| Duration: | 3-5 Days |
| Exacerbating Factors: | see notes |
| Relieving Factors: | see notes |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**Musculoskeletal**

**General**

Yes: Shoulder Pain

**OBJECTIVE:**

| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
|---|---|---|---|---|

Inmate Name:  WOODS, NICHOLAS
Date of Birth: 10/25/1982          Sex:    M    Race:  BLACK
Encounter Date: 04/05/2022 10:09   Provider: Harris, J. APRN

Reg #:    71361-380
Facility: FOM
Unit:     A01

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 97.9 | 36.6 | | Harris, J. APRN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 70 | | | Harris, J. APRN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 18 | Harris, J. APRN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 119/67 | | | | Harris, J. APRN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 97 | Room Air | Harris, J. APRN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/05/2022 | 10:13 FOX | 218.0 | 98.9 | | Harris, J. APRN |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Skin**

**General**

Yes: Dry, Skin Intact, Warmth

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Musculoskeletal**

**Shoulder**

Yes: Tenderness L, Decreased Range of Active Motion L

**Neurologic**

**Cranial Nerves (CN)**

Yes: CN 2-12 Intact Grossly

**Coordination - Gait**

(12)

| | | | |
|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Facility: | FOM |
| Encounter Date: | 04/01/2022 08:56 | Unit: | A01 |

Sex:  M   Race:  BLACK
Provider:  Woodard, Sheila S (MAT)

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 18 | Woodard, Sheila S (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 123/92 | | | | Woodard, Sheila S (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/01/2022 | 09:17 FOX | 98 | | Woodard, Sheila S (MAT) MD |

**Exam:**

**Musculoskeletal**

**Shoulder**

Yes: Normal Bony Landmarks, Symmetric, Neurovascular Intact, Swelling, Inflammation, Warm to Touch, Tenderness, Decreased Range of Active Motion, Decreased Range of Passive Motion, Ligamentous Laxity, Contusion(s)

No: Normal Exam, Full Range of Motion, Non-Tender on Palpation, Normal Active ROM, Normal Passive ROM, Joint Deformity, Malalignment, Muscle Rupture, Muscle Atrophy, Rash/Lesions, Ecchymosis, Erythema, Frozen Shoulder, Ankylosis, Subcutaneous Nodules, Crepitus, Clicking, Popping, Locking, Trauma, Laceration(s), Abrasion(s), Hematoma

**ASSESSMENT:**

Joint derangement, unspecified, M249 - Current - *Left Shoulder Injury several days ago*

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 04/01/2022 08:56 |

**Prescriber Order:**    800 mg Orally  -   daily x 10 day(s)

Indication:    Mononeuropathy of upper limb, Joint derangement, unspecified, Impingement syndrome of shoulder

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Shoulder-AC Joints - General [Left] | One Time | | 04/01/2022 | Routine |

Specific reason(s) for request (Complaints and findings):

Injury several days ago; attempting to junk into his upper bunk

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 04/15/2022 | 04/15/2022 | Emergent | No | |

Subtype:

MRI, Offsite

Reason for Request:

Left Shoulder injury several days ago after he states he attempted jumping into his upper bunk and losing his balance; hitting the floor.

He admits to a Pain Score 10/10; Aching Pain associated with moving his left upper arm.  He denies any numbness and tingling.

Request an evaluation of his shoulder with MRI before consulting Ortho.

(13)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M    Race: BLACK | Facility: | FOM |
| Encounter Date: | 04/18/2022 10:06 | Provider: Hammond, Daniel MD | Unit: | A01 |

**Status:** In Progress

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Hammond, Daniel MD

Chief Complaint:   Pain

Subjective:    Patient with pain in L shoulder for around 4 weeks.
He states that it needed to be 'popped back into place'
He had an Xray of his L shoulder, which showed normal joint space, alignment, no soft injury and no fracture.

Pain:    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/18/2022 12:42 |
| Location: | Shoulder-Left |
| Quality of Pain: | Unbearable |
| Pain Scale: | 10 |
| Intervention: | ROM exercises    arm sling |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-4 Weeks |
| Duration: | 3-4 Weeks |
| Exacerbating Factors: | worsening of pain when he puts on his clothes |
| Relieving Factors: | none reported |
| Reason Not Done: | |
| Comments: | |

Filed Incomplete

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/18/2022 | 10:07 FOX | 97.7 | 36.5 | | Hammond, Daniel MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/18/2022 | 10:07 FOX | 80 | | | Hammond, Daniel MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/18/2022 | 10:07 FOX | 16 | Hammond, Daniel MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/18/2022 | 10:07 FOX | 156/97 | | | | Hammond, Daniel MD |

(14)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M Race: BLACK | | Facility: FOM |
| Encounter Date: 05/03/2022 10:44 | Provider: Woodard, Sheila S (MAT) | | Unit: A01 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Woodard, Sheila S (MAT) MD

Chief Complaint: ENDO/LIPID

Subjective:    Chronic Care visit for this 39 year/old Black male with a history of:

1) Hyperlipidemia- Most recent labs indicate no disease at this time.
No Treatment at this time.

2) Acid Reflux Disease- States this problem has resolved.

3) Left Shoulder Pain- Patient presents today with continued "Unrelenting
Pain" this am; he presented several weeks ago after falling to the floor when trying
to jump into the upper bunk. He admits to Throbbing Ache with his Left Shoulder
that remains localized to his upper shoulder.  Pain Score 10/10
Plan to RX Toradol 60mg IM ; Tylenol #3 for 5 days; and plan to issue this  patient a TENS
Unit.

CCC Labs have been reviewed and I fully explained his results and he does understand.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/03/2022 10:55 |
| Location: | Shoulder-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 10 |
| Intervention: | Plan to RX Tylenol#3 for 3 days and Consult for MRI of his Shoulder |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Any left arm movement |
| Relieving Factors: | NASID'S |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Endocrine/Lipid, Gastrointestinal, General, Orthopedic/Rheumatology

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/03/2022 | 10:44 FOX | 98.1 | 36.7 | | Woodard, Sheila S (MAT) MD |

Generated 05/03/2022 13:04 by Woodard, Sheila S (MAT) MD        Bureau of Prisons - FOM        Page 1 of 4

(15)

| Inmate Name: | WOODS, NICHOLAS | | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: | M | Race: BLACK | Facility: | FOM |
| Encounter Date: | 05/03/2022 10:44 | Provider: | Woodard, Sheila S (MAT) | | Unit: | A01 |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 05/03/2022 | 10:44 FOX | 62 | | | Woodard, Sheila S (MAT) MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 05/03/2022 | 10:44 FOX | 18 | Woodard, Sheila S (MAT) MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 05/03/2022 | 10:44 FOX | 133/85 | | | | Woodard, Sheila S (MAT) MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 05/03/2022 | 10:44 FOX | 98 | | Woodard, Sheila S (MAT) MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 05/03/2022 | 10:44 FOX | 72.0 | 182.9 | Woodard, Sheila S (MAT) MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 05/03/2022 | 10:44 FOX | 212.0 | 96.2 | | Woodard, Sheila S (MAT) MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Musculoskeletal**

**Shoulder**

Yes: Normal Bony Landmarks L, Symmetric L, Swelling L, Tenderness L, Decreased Range of Active Motion L, Decreased Range of Passive Motion L, Popping L

No: Normal Exam L, Full Range of Motion L, Normal Active ROM L, Normal Passive ROM L, Neurovascular Intact L, Joint Deformity L, Malalignment L, Muscle Rupture L, Muscle Atrophy L, Inflammation L, Rash/Lesions L, Ecchymosis L, Erythema L, Warm to Touch L, Frozen Shoulder L, Ankylosis L, Ligamentous Laxity L, Subcutaneous Nodules L, Crepitus L, Clicking L, Locking L, Trauma L, Laceration(s) L, Abrasion(s) L, Contusion(s) L

**ASSESSMENT:**

No Diagnosis, No Dx - Current

(161)

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M    Race: BLACK | | Facility: FOM |
| Encounter Date: 05/20/2022 13:10 | Provider: Lamarre, Judith BCNP | | Unit: A01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Lamarre, Judith BCNP

Chief Complaint:  Pain

Subjective:    I/M c/o 10/10 pain to left shoulder. S/p injury, fall, in March 2022.

**Pain:**        Yes

**Pain Assessment**

Date:            05/20/2022 13:13

Location:        Shoulder, Left

Quality of Pain:    Sharp

Pain Scale:        10

Intervention:        Pain med.

Trauma Date/Year:

Injury:

Mechanism:

Onset:            1 Month

Duration:        2-6 Months

Exacerbating Factors:    Movement

Relieving Factors:    Pain med

Reason Not Done:

Comments:

**OBJECTIVE:**

**Exam:**

**General**

  **Affect**

    Yes: Pleasant

**Skin**

  **General**

    Yes: Within Normal Limits

**Head**

  **General**

    Yes: Symmetry of Motor Function

**Ears**

  **Tympanic Membrane**

    Yes: Within Normal Limits

**Nose**

  **General**

Generated 05/20/2022 13:41 by Lamarre, Judith BCNP        Bureau of Prisons - FOM        Page 1 of 2



(17)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:   WOODS, NICHOLAS | | Reg #:   71361-380 | |
| Date of Birth:   10/25/1982 | Sex:   M   Race:   BLACK | Facility:   FOM | |
| Encounter Date:   05/20/2022 13:10 | Provider:   Lamarre, Judith BCNP | Unit:   A01 | |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:   Lamarre, Judith BCNP

Chief Complaint:   Pain

Subjective:      I/M c/o 10/10 pain to left shoulder. S/p injury, fall,  in March 2022.

**Pain:**          Yes

**Pain Assessment**

Date:                    2022 13:13

Location:              Shoulder Left

Quality of Pain:      Sharp

Pain Scale:          10

Intervention:        Pain med.

Trauma Date/Year:

Injury:

Mechanism:

Onset:                1 Month

Duration:            2-6 Months

Exacerbating Factors:      Movement

Relieving Factors:      Pain med

Reason Not Done:

Comments:

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant

**Skin**

**General**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Nose**

**General**

*See Amendment*

Generated 05/20/2022 13:41 by Lamarre, Judith BCNP          Bureau of Prisons - FOM          Page 1 of 2


(18)

| Inmate Name:  WOODS, NICHOLAS | | Reg #:  71361-380 |
|---|---|---|
| Date of Birth:  10/25/1982 | Sex:    M    Race:  BLACK | Facility:  FOM |
| Encounter Date:  05/25/2022 10:37 | Provider:  Lamarre, Judith BCNP | Unit:  A01 |

Yes: Nares Patent

## Comments

VSS, lung sounds clear. He has limited range of motion to the left hand, can only moved it 30% toward his head.
I/M said he cannot sleep at night due to the pain.
Seen M.D on 05/13/22, for same complaint.
X-ray to left shoulder was negative for fx done on 04/01/22.
Will order prednisone 60 mg x 1 day tapered daily by 10 mg.
I/M advised to come back to medical if condition worsens.

## ASSESSMENT:

Joint derangement, unspecified, M249 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | predniSONE Tablet | 05/25/2022 10:37 |

**Prescriber Order:**    20  mg Orally -   daily x 4 day(s) -- Taper to 10 mg every  day till o5 mg, and then stop.

Indication:    Impingement syndrome of shoulder

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Lamarre, Judith BCNP on 05/25/2022 10:42

(19)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M    Race: BLACK | Facility: FOM |
| Encounter Date: 05/25/2022 10:37 | Provider: Lamarre, Judith BCNP | Unit: A01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**         Provider:  Lamarre, Judith BCNP

Chief Complaint:   Pain

Subjective:     I/M c/o 10/10 pain to left shoulder. S/p injury, fall,  in March 2022.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/20/2022 13:13 |
| Location: | Shoulder-Left |
| Quality of Pain: | Sharp |
| Pain Scale: | 10 |
| Intervention: | Pain med. |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Movement |
| Relieving Factors: | Pain med |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant

**Skin**

**General**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Nose**

**General**



(20)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M    Race: BLACK | Facility: FOM |
| Encounter Date: 06/27/2022 13:42 | Provider: Tomar, M. (MAT) MD | Unit: A01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Tomar, M. (MAT) MD

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:       Three months ago, pt injured LT shoulder by jumping up to upper bunk, slipping and then falling to the ground while reaching backward to brace the fall. Shortly after injury, MRI was ordered and referred to to URC 5/11/22 where committee decided to reexamine pt once swelling and pain abated to reassess need for MRI. Pain has modestly reduced and pt still has difficulty with shoulder abduction that is limited due to pain rather than weakness. It is mostly along the anterior deltoid. Pt claims to have avoided strenuous use of shoulders since injury, but plays basketball and does PT provided in 4/2022. TYL has been ineffective
A/P: LT deltoid strain vs tear- On exam, pt was able to abduct from neutral position to -10 degrees to the axial plan, which demonstrates that the supraspinatus muscle and tendon are intact. However, active abduction beyond -10 degrees is limited due to pain but easily accomplished with passive abduction, which suggests injury to part of the deltoid muscle. The rest of the RC exam was NL.
a. refill IBU
b. will have pt RTC for more detailed physical exam, which was interrupted by pt leaving exam room irritated when I discussed that MRI was not indicated.

Pain:         Not Applicable

**OBJECTIVE:**

**ROS Comments**

per Hx

**Exam Comments**

LT SHOULDER: Shoulders symmetric, similar ROM with external rotation with abduction, (-) apprehension test, (-) pail along biceps tendon, Pt able to abduct shoulder to horizontal plane, but further abduction limited by pain, NL passive ROM, No pain along AC ligament, (-) pain with internal humeral rotation, (+) pain with external humeral rotation, (-) push-off testing.

**ASSESSMENT:**

Joint derangement, unspecified, M249 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/27/2022 13:42 |
| | Prescriber Order:   800 mg Orally  -  Two Times a Day PRN x 30 day(s) | |
| | Indication:   Joint derangement, unspecified | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 07/06/2022 00:00 | Physician 03 |

(21)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M Race: BLACK | Facility: FOM |
| Encounter Date: 08/04/2022 07:51 | Provider: Woodard, Sheila S (MAT) | Unit: A01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Woodard, Sheila S (MAT) MD

Chief Complaint:    Muscle/Joint Ache

Subjective:    Sick Call note for this 39 year/old Black male who has presented
to several times to Health Services with Left Shoulder Pain
after jumping up into his bunk and losing his balance. He admits
to a recent onset of Numbness and Tingling and Throbbing and Aching
causing him to drop objects at times. He admits to a Unrelenting Pain today with a Pain Score
10/10 today.
Plan to order MRI and Toradol 60mg IM today.
Plan to renew Ibuprofen 800mg for 3 days.

2) Elevated Blood Pressures today most likely due to his Left Shoulder Pain
plan to follow-up in the am; if his Blood Pressure remains elevated
plan to RX Amlodipine.

**Pain:**    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 08/04/2022 07:51 |
| Location: | Shoulder-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 10 |
| Intervention: | Plan to order MRI |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Constant movement |
| Relieving Factors: | None |
| Reason Not Done: | |
| Comments: | |

COMPLAINT **2**        Provider: Woodard, Sheila S (MAT) MD

Chief Complaint:    Muscle/Joint Ache

Subjective:    Sick Call note

**Pain:**    Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

(22)

| Inmate Name: | WOODS, NICHOLAS | | | | | Reg #: | 71361-380 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/25/1982 | Sex: | M | Race: BLACK | | Facility: | FOM |
| Encounter Date: | 08/04/2022 07:51 | Provider: | Woodard, Sheila S (MAT) | | | Unit: | A01 |

## Renew Medication Orders:

**Rx#**          **Medication**                                                    **Order Date**

Indication:  Joint derangement, unspecified, Impingement syndrome of shoulder

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 09/21/2022 | 09/21/2022 | Routine | No | |

Subtype:

MRI Truck, On-Site

Reason for Request:

Request an MRI for this patient with a Left Shoulder injury after jumping up into his upper bunk; after losing his balance. Patient admits to a new onset of numbness and tingling in his fingers and forehand associated over the past few weeks causing him to drop objects at times. He admits to a Throbbing and Aching Pain with Pain Score 10/10 at its worse.

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/04/2022 | Counseling | Access to Care | Woodard, Sheila | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Woodard, Sheila S (MAT) MD on 08/04/2022 08:30

(23)

| Inmate Name: | WOODS, NICHOLAS | | | | | | Reg #: | 71361-380 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 10/25/1982 | | Sex: | M | Race: | BLACK | Facility: | FOM |
| Encounter Date: | 08/04/2022 07:51 | | Provider: | Woodard, Sheila S (MAT) | | | Unit: | A01 |

| **Date** | **Time** | | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|---|
| 08/04/2022 | 08:18 FOX | | 98.1 | 36.7 | | Woodard, Sheila S (MAT) MD |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 08/04/2022 | 08:18 FOX | 98 | | | Woodard, Sheila S (MAT) MD |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 08/04/2022 | 08:18 FOX | 20 | Woodard, Sheila S (MAT) MD |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 08/04/2022 | 08:20 FOX | 160/115 | | | | Woodard, Sheila S (MAT) MD |
| 08/04/2022 | 08:18 FOX | 158/105 | | | | Woodard, Sheila S (MAT) MD |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 08/04/2022 | 08:18 FOX | 98 | | Woodard, Sheila S (MAT) MD |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 08/04/2022 | 08:18 FOX | 73.0 | 185.4 | Woodard, Sheila S (MAT) MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 08/04/2022 | 08:18 FOX | 215.0 | 97.5 | | Woodard, Sheila S (MAT) MD |

**Exam:**

**Musculoskeletal**

**Shoulder**

Yes: Symmetric, Neurovascular Intact, Inflammation, Decreased Range of Active Motion, Decreased Range of Passive Motion, Clicking

No: Normal Exam, Full Range of Motion, Non-Tender on Palpation, Normal Bony Landmarks, Normal Active ROM, Normal Passive ROM, Joint Deformity, Malalignment, Muscle Rupture, Muscle Atrophy, Swelling, Rash/Lesions, Ecchymosis, Erythema, Warm to Touch, Tenderness, Frozen Shoulder, Ankylosis, Ligamentous Laxity, Subcutaneous Nodules, Crepitus, Popping L, Locking L, Trauma L, Laceration(s) L, Abrasion(s) L, Contusion(s) L

**Comments**

Patient is wearing a SLING; with decreased sensory; normal motor

**ASSESSMENT:**

Impingement syndrome of shoulder, M7540 - Current

Joint derangement, unspecified, M249 - Current

**PLAN:**

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 517478-FOX | Ibuprofen 800 MG Tab | 08/04/2022 07:51 |

**Prescriber Order:** Take one tablet (800 MG) by mouth up to twice daily with food as needed for pain "Chronic Care Verified" (CT 10-21) TAKE sparingly PRN x 3 day(s)

(24)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: | M   Race: BLACK | | Facility: | FOM |
| Note Date: | 08/29/2022 11:07 | Provider: | Newmon, Robert RN | | Unit: | A01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Newmon, Robert RN

Inmate came to sick call this am to place sick call complaining of pinched nerve in his neck causing sever pain in shoulder and headaches with sleepless nights.  Spoke with provider.  Give Ibuprofen 800 mg po Bid x 5 days if inmate hasn't had any recently.  Inmate got 6 on 08/04/2022.  Nurse going to dispense 10 from pyxis today.  PROVIDER TO WRITE ORDER.

**Copay Required:** No                 **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Newmon, Robert RN on 08/29/2022 11:11

Requested to be cosigned by  Harris, J. APRN.

Cosign documentation will be displayed on the following page.

(25)

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 08/30/2022 06:31 | Provider: | Harris, J. APRN | Unit: | A01 |

Cosign Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:  Harris, J. APRN

Per nursing staff, "Inmate came to sick call this am to place sick call complaining of pinched nerve in his neck causing sever pain
in shoulder and headaches with sleepless nights. Spoke with provider. Give Ibuprofen 800 mg po Bid x 5 days if inmate hasn't had any recently. Inmate got 6 on 08/04/2022. Nurse going to dispense 10 from pyxis today. PROVIDER TO WRITE ORDER."

Will place order for Ibuprofen at this time.

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Ibuprofen Tablet | 08/30/2022 06:31 |

    **Prescriber Order:**     800mg Orally  -  Two Times a Day x 5 day(s) -- given 10 from pyxis

    Indication:   Mononeuropathy of upper limb, Impingement syndrome of shoulder

    Start Now:  Yes

        Night Stock Rx#:

        Source: Pyxis

        Admin Method:  Self Administration

        Stop Date:  09/04/2022 06:30

        MAR Label:  800mg Orally  -  Two Times a Day x 5 day(s) -- given 10 from pyxis

        One Time Dose Given:  No

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Harris, J. APRN on 08/30/2022 06:33


(26)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: | M    Race: BLACK | | Facility: | FOM |
| Note Date: | 09/19/2022 11:39 | Provider: | Futrell, S. RN, QIIP | | Unit: | A01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE    **1**        Provider:   Futrell, S. RN, QIIP

        Needs blood pressure checks per dashboard last blood pressure 160/115.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | One Time | | | Tomar, M. (MAT) MD |
| | Order Date: | 09/19/2022 | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 10/06/2022 00:00 | MLP 03 |
|    Blood pressure | | |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes      **By:** Tomar, M. (MAT) MD
**Telephone or Verbal order read back and verified.**

Completed by Futrell, S. RN, QIIP on 09/19/2022 11:41
Requested to be cosigned by  Tomar, M. (MAT) MD.
Cosign documentation will be displayed on the following page.

(27)

| Inmate Name: | WOODS, NICHOLAS | | | | Reg #: | 71361-380 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/25/1982 | Sex: | M | Race: BLACK | Facility: | FOM |
| Encounter Date: | 09/22/2022 10:14 | Provider: | Harris, J. APRN | | Unit: | A01 |

## Eyes
### General
Yes: PERRLA, Extraocular Movements Intact
### Conjunctiva and Sclera
Yes: Within Normal Limits L
## Pulmonary
### Auscultation
Yes: Clear to Auscultation
## Cardiovascular
### Auscultation
Yes: Regular Rate and Rhythm (RRR)
## Abdomen
### Auscultation
Yes: Normo-Active Bowel Sounds
### Palpation
Yes: Within Normal Limits
## Musculoskeletal
### Shoulder
Yes: Symmetric L, Decreased Range of Active Motion L

No: Swelling L, Inflammation L, Tenderness L
## Neurologic
### Cranial Nerves (CN)
Yes: CN 2-12 Intact Grossly
### Coordination - Gait
Yes: Normal Gait

### ROS Comments
straining, LT eye pain

## ASSESSMENT:

Constipation, unspecified, K5900 - Resolved

Disorder of sclera, unspecified, H159 - Remission

Joint derangement, unspecified, M249 - Current

Umbilical hernia, K429 - Resolved

## PLAN:

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 521951-FOX | Ibuprofen 800 MG Tab | 09/22/2022 10:14 |

> **Prescriber Order:** Take one tablet (800 MG) by mouth twice daily for 5 days ( 10 tablets given from pyxis ) x 7 day(s)
>
> Indication: Impingement syndrome of shoulder, Mononeuropathy of upper limb

| 512603-FOX | Polyethylene Glycol 3350 Powder 17GM Packet UD | 09/22/2022 10:14 |
|---|---|---|

> **Prescriber Order:** Dissolve one packet (17gm) in 8oz of water or liquid and drink by mouth

(28)

| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
|---|---|---|---|---|---|
| Date of Birth: | 10/25/1982 | Sex: M Race: BLACK | | Facility: | FOM |
| Encounter Date: | 09/22/2022 10:14 | Provider: Harris, J. APRN | | Unit: | A01 |

COMPLAINT  3          Provider:  Harris, J. APRN

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:   IM continues to complain of LT shoulder pain.

IM has been seen multiple times by multiple providers for this complaint.  IM rates pain today as 8 on PS. IM states that it is aching in nature.  IM states pain is worse with certain movements and does not identify anything that improves the pain at this time.

IM had an x-ray on the LT shoulder on 4/1/22 with the following results:
X-RAY LT SHOULDER- IMPRESSION-
Unremarkable Left shoulder radiographs.

IM was seen by MD on 6/27/22 and was informed that MRI was not indicated per the exam- refer to notes on that day. IM was then seen by different MD on 8/4/22 for same complaint and was given a Toradol shot, Ibuprofen and was informed consult for MRI would be written. Initial consult for MRI was disapproved and note was made to re-write for onsite MRI.  This has been done and MRI of the LEFT shoulder is pending in scheduler at this time.

ON EXAM- Shoulder appear symmetric at this time.  There is similar ROM noted to bilateral shoulders at this time although IM complains of pain with moving the left shoulder above the head.  IM is able to move RT shoulder through normal ROM with no complaints.

PLAN- MRI is pending.  IM to continue with Ibuprofen, will renew prescription at this time. IM counseled to limit activity that causes pain to the LEFT shoulder. IM may return to sick call as needed.

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/22/2022 11:26 |
| Location: | Shoulder-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 8 |
| Intervention: | see notes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-5 Years |
| Duration: | 1-5 Years |
| Exacerbating Factors: | see notes |
| Relieving Factors: | see notes |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**GI**

**General**

Yes: Constipation

**Musculoskeletal**

**General**

Yes: Shoulder Pain

(29)

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name:  WOODS, NICHOLAS | | | Reg #:  71361-380 |
| Date of Birth:    10/25/1982 | Sex:     M    Race:  BLACK | | Facility:  FOM |
| Encounter Date:  12/06/2022 08:06 | Provider:  Harris, J. APRN | | Unit:      A01 |

---

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Harris, J. APRN

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:       IM seen today in sick call for complaints of LT shoulder pain.

IM initial injury to the left shoulder occurred approx in March/April of 2022. IM was assessed by MD 2 on 4/1/22. IM told provider that he had injured his shoulder jumping up to his top bunk and falling down onto the floor.   IM had x-rays done at that time with the following results:
4/1/2022-LT SHOULDER-IMPRESSION-
Unremarkable left shoulder radiographs.

IM was given a low bunk pass, an arm sling to wear, and Ibuprofen at that time.  Also a consult for a MRI and ORTHO visit were placed for further evaluation.

Since that visit IM has been evaluated multiple times for the same complaint of LT shoulder pain:
4/5/2022- by MD 2, was given T3 BID for 3 days
5/3/2022-by MD 2, was given Toradol 60mg IM, T3 BID for 5 days, and a TENS unit
5/11/22- MRI consult was disapproved
5/25/22- by PA 2, given a Prednisone taper
6/27/22- by MD 3, given ibuprofen 800mg
8/4/22- by MD 2, MRI ordered again, given Toradol 60mg and Ibuprofen 800
9/27/22 by PA 3, Informed MRI still pending, Ibuprofen renewed.

Today IM continues to rate his pain as 10 on PS and describes as sharp/aching in nature.  IM states pain is worse with laying on the left side and with certain movements.  IM states that nothing improves the pain.  At todays visit IM informs this MLP that his TENS unit was "stolen" and that he can no longer take Ibuprofen due to it "hurting his stomach".  OF note, IM TRUFACS was checked back to 9/2022 and IM has made no purchases of tylenol, aspirin, naproxen or any other pain reliever from the commissary to assist in pain. When questioned about this, IM states, "why should I when that shit dont work".  At one point IM stated, "I was told not to take Tylenol".  When questioned on who told him not to take Tylenol IM would not answer or give any names, IM was asked 5 times before he would even acknowledge the question.  IM then did state he, "didnt know who told him that".

Pain:       Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 12/06/2022 08:20 |
| Location: | Shoulder-Left |
| Quality of Pain: | Sharp |
| Pain Scale: | 6 |
| Intervention: | see notes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Months |
| Duration: | 6-12 Months |

(30)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M | Race: BLACK | Facility: | FOM |
| Note Date: | 12/19/2022 11:52 | Provider: | Harris, J. APRN | Unit: | A01 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**       Provider:  Harris, J. APRN

IM had MRI done on 12/12/2022 with the following results:

LT SHOULDER-IMPRESSION
The study is limited without axial views.  If these become available an addendum report will be issued.
Within the confines of an absent axial view:
Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral boday degenerative change of the superior humeral head.

Will place urgent ORTHO CONSULT at this time for further evaluation.

Spoke with MD 2, IM has been called for to come over and discuss results with MD today.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 01/03/2023 | 01/03/2023 | Urgent | No | |

Subtype:

Offsite Appt, non-surgical
Reason for Request:

IM had MRI done on 12/12/2022 with the following results:

LT SHOULDER-IMPRESSION
The study is limited without axial views.  If these become available an addendum report will be issued.
Within the confines of an absent axial view:
Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral boday degenerative change of the superior humeral head.

THIS CONSULT IS FOR FURTHER EVALUATION OF LT SHOULDER WITH ORTHO

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Harris, J. APRN on 12/19/2022 11:57

(31)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex:    M    Race:BLACK | Facility: | FOM |
| Note Date: | 12/19/2022 13:07 | Provider:    Tomar, M. (MAT) MD | Unit: | A01 |

Review Note - Document Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Tomar, M. (MAT) MD

LT shoulder MRI identified the following:
1. LT AC OA with spurring
2. Complete supraspinatus tendon tear
3. OA of the superior humeral head
To recap, pt initially injured LT shoulder in 4/1/22 when jumping up to bunk. URC deferred MRI of shoulder to reexamine. On 6/27/22, pt was able to abduct shoulder to -10 degrees from the horizontal plane, which did not suggest a complete tear of the supraspinatus muscle or tendon. In 8/4/22 due to persistent pain, MRI was reordered, and I approved it on 9/1/22 and referred to Regional Office with approved it on 9/14/22.
A/P: Supraspinatus tendon tear- Will amend today's Orthopedics referral to provide additional Hx above.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 01/02/2023 | 01/02/2023 | Urgent | No | |

Subtype:

Orthopedist On-site

Reason for Request:

LT shoulder MRI identified the following:
1. LT AC OA with spurring
2. Complete supraspinatus tendon tear
3. OA of the superior humeral head

To recap, pt initially injured LT shoulder in 4/1/22 when jumping up to bunk. URC deferred MRI of shoulder to reexamine. On 6/27/22, pt was able to abduct shoulder to -10 degrees from the horizontal plane, which did not suggest a complete tear of the supraspinatus muscle or tendon. In 8/4/22 due to persistent pain, MRI was reordered, and I approved it on 9/1/22 and referred to Regional Office with approved it on 9/14/22.
A/P: Supraspinatus tendon tear- Will amend today's Orthopedics referral to provide additional Hx above.
***Trip Coordinator: Please obtain CD with MRI images and send with custody and also attach the MRI report from 12/19/22. Please schedule pt with Dr. Sokolow.***

Provisional Diagnosis:

LT supraspinatus tear

**Discontinued Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 01/03/2023 | 01/03/2023 | Urgent | No | |

Subtype:

Offsite Appt, non-surgical

Reason for Request:

IM had MRI done on 12/12/2022 with the following results:

LT SHOULDER-IMPRESSION
The study is limited without axial views.  If these become available an addendum report will be issued.
Within the confines of an absent axial view:


(32)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex:    M    Race: BLACK | Facility: | FOM |
| Note Date: | 12/19/2022 11:52 | Provider:  Harris, J. APRN | Unit: | A01 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Harris, J. APRN

IM had MRI done on 12/12/2022 with the following results:

LT SHOULDER-IMPRESSION
The study is limited without axial views.  If these become available an addendum report will be issued.
Within the confines of an absent axial view:
Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral boday degenerative change of the superior humeral head.

Will place urgent ORTHO CONSULT at this time for further evaluation.

Spoke with MD 2, IM has been called for to come over and discuss results with MD today.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 01/03/2023 | 01/03/2023 | Urgent | No | |

Subtype:

Offsite Appt, non-surgical

Reason for Request:

IM had MRI done on 12/12/2022 with the following results:

LT SHOULDER-IMPRESSION
The study is limited without axial views.  If these become available an addendum report will be issued.
Within the confines of an absent axial view:
Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral boday degenerative change of the superior humeral head.

THIS CONSULT IS FOR FURTHER EVALUATION OF LT SHOULDER WITH ORTHO

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Harris, J. APRN on 12/19/2022 11:57

(33)

| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
|---|---|---|---|---|---|
| Date of Birth: | 10/25/1982 | Sex: | M    Race: BLACK | Facility: | FOM |
| Note Date: | 12/19/2022 13:07 | Provider: | Tomar, M. (MAT) MD | Unit: | A01 |

Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral boday degenerative change of the superior humeral head.

THIS CONSULT IS FOR FURTHER EVALUATION OF LT SHOULDER WITH ORTHO

**Disposition:**

Follow-up at Sick Call as Needed

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Tomar, M. (MAT) MD on 12/19/2022 13:34

(34)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M | Race: BLACK | Facility: | FOM |
| Note Date: | 12/20/2022 08:25 | Provider: | Woodard, Sheila S (MAT) | Unit: | A01 |

---

Cosign Note - Follow up encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**          Provider:   Woodard, Sheila S (MAT) MD

Patient states he appeared to the Pill Pick-Up window for the Cymbalta 30mg
we discussed after reviewing his MRI results.
Plan to RX Cymbalta 30mg daily for shoulder pain.


**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Acetaminophen/Codeine 300/30 MG Tablets | 12/20/2022 08:25 |

**Prescriber Order:**   30mg Orally  -  Two Times a Day x 10 day(s) Pill Line Only -- Take 2 pills po
BID

Indication:   Mononeuropathy of upper limb, Joint derangement, unspecified, Impingement
syndrome of shoulder

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Woodard, Sheila S (MAT) MD on 12/20/2022 08:26

`

(35)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M Race: BLACK | | Facility: | FOM |
| Note Date: | 12/19/2022 13:59 | Provider: Tomar, M. (MAT) MD | | Unit: | A01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**      Provider:  Tomar, M. (MAT) MD

For young patients, therapy does not overwhelmingly favor surgical repair over conservative shoulder rest with PT. It is unclear if pt has fully rested shoulder, but I called his CO today who mentioned that he has not seen him wear his shoulder sling since the early summer.

For persistent pain despite shoulder rest/PT, surgical repair within 6 months is sufficient to maintain surgery treatment as a possible treatment option. I approved the second MRI request on 9/1/22 after PCP ordered it on 8/4/22. Regional Office approved it on 9/14/22 with a scheduled target date of 9/21/22 but the MRI was not conducted until 12/12/22. The referral to Orthopedics could not be conducted within 6 months of initial injury due to the scheduling delay from 9/21/22 to 12/12/22. However, surgery is not generally necessary as discussed above. Will await impression by Dr. Sokolow.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Tomar, M. (MAT) MD on 12/19/2022 15:06

(36)



**National Diagnostic IMAGING** — 25700 Science Park, Suite 180, Beachwood, OH 44122 — Correctional Diagnostic Imaging, Inc.

| | |
|---|---|
| **NAME:** NICHOLAS WOODS | **PATIENT NUMBER:** 71361-380 |
| **REF. PHYSICIAN:** | **STUDY DATE:** 12/12/2022 |
| **DATE OF BIRTH:** 1982-10-25 | **GENDER:** M |
| **EXAM:** MRI LEFT SHOULDER W/O | |

**CLINICAL HISTORY:** INJURY ON LEFT SHOULDER

INDICATIONS: This patient has shoulder pain and limited range of motion and there is the possibility of a rotator cuff tear.

PROCEDURE: Axial, coronal, and sagittal T1, T2, inversion recovery and/or gradient echo sequences were performed.

FINDINGS: There are no axial views. Within these confines the subscapularis, infraspinatus and teres minor muscles and tendons appear unremarkable.

Within these confines, the glenohumeral joint and visualized glenoid labrum appear unremarkable.

There is mild arthritic disease at the acromioclavicular joint. Downward spurring or tilting to suggest the clinical diagnosis of impingement syndrome is not seen.

There is a complete tear of the supraspinatus tendon. The myotendinous junction has retracted to the level of the glenohumeral joint.

The long head of the biceps tendon is not visualized on the current study and may be torn. The short head of the biceps tendon appears intact.

There are subchondral bony degenerative changes of the superior humeral head. Acute bony abnormality is not seen.

IMPRESSION: The study is limited without axial views. If these become available an addendum report will be issued.

Within the confines of an absent axial view:

Arthritic disease at the acromioclavicular joint without appreciable spurring.

Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint.

Suspected tear of the long head of the biceps tendon.

Subchondral bony degenerative change of the superior humeral head.

*D. H. Berns, md*

D. H. Berns MD
Medical Director of NDI

(37)

**Reversal of normal lordosis of the cervical spine which can be positional or due to spasm.**

**Small ventral endplate degenerative osteophyte from C3/C4 to C6/C7.**

**Mild degenerative space narrowing C5/C6 and C6/C7 and minimal degree at C3/C4 and C4/C5.**

**Bilateral uncovertebral joint arthropathy C5/C6 and C6/C7 and C3/C4 and minimal degree on the right at C4/C5 with suspected degenerative encroachment into the foramen at these levels.**

**Remaining disc heights are maintained. No facet arthropathy seen.**
Radiologist:                          Farhad Khorashadi, MD

Study ready at 10:07 and initial results transmitted at 13:45

(38)

# Bureau of Prisons
## Health Services
## Clinical Encounter

---

| | | | |
|---|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M Race: BLACK | | Facility: FOM |
| Encounter Date: 01/05/2023 09:15 | Provider: Harris, J. APRN | | Unit: A01 |

---

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Harris, J. APRN

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:        This is late entry chart, this MLP had to leave onn 1/5/23 for family emergency and had to leave on 1/9/23 due to illness.

IM was seen today in sick call with continued complaints of pain to the left shoulder.  IM states that his pain is worse at night and keeps him from sleeping.  IM rates his pain as 10 on PS and describes as sharp/aching in nature.  IM states pain is also increased with raising his arm and does not identify anything that improves his pain at this time.  IM was recently prescribed Cymbalta but has not been taking the medication.  IM had an MRI done on 12/12/2022 with the following results:

LEFT SHOULDER-IMPRESSION-
LT SHOULDER-IMPRESSION
The study is limited without axial views. If these become available an addendum report will be issued.
Within the confines of an absent axial view:
Arthritic disease at the acromioclavicular joint without appreciable spurring.
Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level
of the glenohumeral joint.
Suspected tear of the long head of the biceps tendon.
Subchrondral body degenerative change of the superior humeral head.

IM has consult to be seen by ORTHO pending at this time.  Will start IM on Elavil 50mg at night and informed IM to take his cymbalta in the AM.  IM verbalized understanding.

ON EXAM- IM has no noted swelling to either shoulder at this time.  IM bilateral shoulders appear to be symmetrical with no malalignment noted.  There does appear to be decreased ROM to the RT shoulder when IM attempts to raise RT arm above shoulder level.

OF NOTE-Allergies and medications reviewed and needed updates applied. See chart for most recent patient medication and allergies.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 01/05/2023 09:39 |
| Location: | Shoulder-Right |
| Quality of Pain: | Sharp |
| Pain Scale: | 10 |
| Intervention: | see notes |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 6-12 Months |
| Duration: | 6-12 Months |

---

( 39 )

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: WOODS, NICHOLAS | | Reg #: 71361-380 |
| Date of Birth: 10/25/1982 | Sex: M  Race: BLACK | Facility: FOM |
| Encounter Date: 02/23/2023 17:27 | Provider: Shahan, E. RN | Unit: A01 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider: Shahan, E. RN

Chief Complaint:  Medical Trip Return
Subjective:    No complaints
**Pain:**       No

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/23/2023 | 17:27 FOX | 62 | | | Shahan, E. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/23/2023 | 17:27 FOX | 18 | Shahan, E. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/23/2023 | 17:27 FOX | 142/80 | | | | Shahan, E. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/23/2023 | 17:27 FOX | 98 | | Shahan, E. RN |

**ASSESSMENT:**

Condition Stable

IM went out for ortho consult.  No MRI disc was sent with IM.  No lifting, pushing or pulling.  F/U with MRI

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/23/2023 | Counseling | Access to Care | Shahan, E. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Shahan, E. RN on 02/23/2023 17:32
Requested to be cosigned by  Woodard, Sheila S (MAT) MD.

(40)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex:    M    Race:BLACK | Facility: | FOM |
| Note Date: | 03/16/2023 13:01 | Provider:   Harris, J. APRN | Unit: | A01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**       Provider:   Harris, J. APRN

        To place consult for ORTHO evaluation for this IM for Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint and suspected tear of the long head of the biceps tendon in the LT shoulder.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 04/17/2023 | 04/17/2023 | Routine | No | |

    Subtype:

        Offsite Appt, non-surgical

    Reason for Request:

        To place consult for ORTHO evaluation for this IM for Complete tear of the supraspinatus tendon with proximal retraction of the myotendinous junction to the level of the glenohumeral joint and suspected tear of the long head of the biceps tendon in the LT shoulder per MRI done on 12/12/2022.

        THIS CONSULT IS FOR EVALUATION AFTER MRI OF THE LT SHOULDER

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Harris, J. APRN on 03/16/2023 13:04

(41)

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WOODS, NICHOLAS | | | Reg #: | 71361-380 |
| Date of Birth: | 10/25/1982 | Sex: M Race: BLACK | | Facility: | FOM |
| Note Date: | 03/28/2023 15:23 | Provider: Harris, J. APRN | | Unit: | A01 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Harris, J. APRN

Paper work from when IM was seen at ORTHO on 2/23/2023 received with the following notes:

ASSESSMENT/PLAN:
Diagnosis- Lt shoulder suspected rotator cuff tear
Date of Injury: 4/1/2022
Treatment: Pending MRI evaluation

PLAN/MDM:
■ I discussed with the patient that based on his records and examination today I am concerned for a rotator cuff tear. Based on his history I would classify this as a traumatic rotator cuff tear even though his injury was over a year ago, is not considered a degenerative tear.
■ I discussed with the patient that typically the recommendation is operative treatment for traumatic rotator cuff tears. He is a little under a year out from his initial injury, however this recommendation does not change. He has a traumatic rotator cuff tear does need to be repaired.
■ Did not send his MRI disc with him today. I am unable to comment on the need for surgery without evaluating the MRI myself first. We will work on getting the MRI sent to my office. We will plan to schedule him after the MRI has been evaluated. I briefly discussed the risk and benefits of surgical treatment, the recovery. The outcomes of rotator cuff repair with the patient answered questions regarding the surgery today.

Will contact trip coordinator to see if MRI information has been sent to ORTHO yet.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Harris, J. APRN on 03/28/2023 15:32

(42)

# MEDICAL

KEETON CORRECTIONS INC. - BIRMINGHAM, AL
1609 7TH STREET NORTH
BIRMINGHAM , AL 35204

## RESIDENT AND INSURANCE INFORMATION

**NAME:** WOODS, NICHOLAS    **RESIDENT #:** 71361-380    **DOB:** 10/25/1982

**GENDER:** Male    **FACILITY:** KEETON CORRECTIONS INC. - BIRMINGHAM, AL

**RESPONSIBLE PARTY:**    **CLAIMS SUBMISSION NON EDI:**    **CLAIMS STATUS INFORMATION:**
NaphCare    E-mail: claimsdepartment@naphcare.com    E-mail: provider.relations@naphcare.com
EDI Payer ID: 58182        Website: providerportal.naphcare.com

**AUTHORIZATION CODE (R3M):** 578699    **TRANSPORTATION TYPE:** None

## APPOINTMENT DETAILS

**PROVIDER:** ALABAMA REGIONAL MEDICAL SERVICES    **ADDRESS:** ARMS - BIRMINGHAM METRO HEALTH CENTER | 712 25TH ST N Birmingham, AL
(1780990473)    35203 Ph: 2052125660

**SERVICE DATES:** 1/18/2024 - 1/18/2024    **ELIGIBILITY DATES:** 12/20/2023 - 3/26/2024

**DETAILS:** Bring NaphCare form and photo ID, med list, wear a mask, arrive 15 min early

**SCENARIO:** CONSULT-INTERNAL MEDICINE    **APPOINTMENT TIME:** 09:00 AM    **URGENCY:** Urgent

**SPECIAL INSTRUCTIONS:** Precert Reason: RESIDENT WOULD LIKE TO ESTABLISH CARE WITH ALABAMA REGIONAL MEDICAL SERVICES. Medical Problems: Vitamin D deficiency Cannabis Use Disorder, Severe Anxiety disorder Mononeuropathy of upper limb Myopia Retained dental root Joint derangement, unspecified Comments: Precert APPROVED by Henderson, Joshua of RHS Group [RHS Note]: PCP

**PRE-PROCEDURE/ PRE-OP REQUIREMENTS:** If you have any questions, please call the doctor's office

## APPOINTMENT RESULTS / FINDINGS

**FINDINGS/SUMMARY:** Blood pressure elevated may be due to pain in left shoulder

**RECOMMENDATIONS/STAT ORDERS:** Pending labs will notify Pt if any labs need to be discussed. Follow up in 2weeks re assess pain and Blood pressure.

**MEDICATION CHANGES:** ibuprofen 800mg TID prn ; medrol 4mg dose pack take as directed.

**PROVIDER'S SIGNATURE:** [signature] DNP    **DATE:** 1/18/24

Please provide an After Visit Summary to the resident or send a copy to
rrc.referrals@naphcare.com. All referrals and follow up appointments will be reviewed by the BOP

Referral printed and given to Pt. for Orthopedics to evaluate (L) shoulder

Printed Prescriptions given to Pt.    (43)

*Medications Sent to CVS Tultendale*

# MEDICAL

KEETON CORRECTIONS INC. - BIRMINGHAM, AL
1609 7TH STREET NORTH
BIRMINGHAM , AL 35204

## RESIDENT AND INSURANCE INFORMATION

**NAME:** WOODS, NICHOLAS          **RESIDENT #:** 71361-380          **DOB:** 10/25/1982

**GENDER:** Male          **FACILITY:** KEETON CORRECTIONS INC. - BIRMINGHAM, AL

**RESPONSIBLE PARTY:**          **CLAIMS SUBMISSION NON EDI:**          **CLAIMS STATUS INFORMATION:**
NaphCare          E-mail: claimsdepartment@naphcare.com          E-mail: provider.relations@naphcare.com
EDI Payer ID: 58182                    Website: providerportal.naphcare.com

**AUTHORIZATION CODE (R3M):** 605704          **TRANSPORTATION TYPE:** None

## APPOINTMENT DETAILS

**PROVIDER:** ALABAMA REGIONAL MEDICAL SERVICES (1780990473)          **ADDRESS:** ARMS - BIRMINGHAM METRO HEALTH CENTER | 712 25TH ST N Birmingham, AL 35203 Ph: 205-212-5660

**SERVICE DATES:** 3/14/2024 - 3/14/2024          **ELIGIBILITY DATES:** 12/20/2023 - 4/22/2024

**DETAILS:** Dr. Sullivan Bring Naphcare form and photo ID Bring medication list Please arrive 15-20 early for paperwork Please wear mask to appointment.

**SCENARIO:** CONSULT-INTERNAL MEDICINE          **APPOINTMENT TIME:** 09:45 AM          **URGENCY:** Urgent

**SPECIAL INSTRUCTIONS:**

**PRE-PROCEDURE/PRE-OP REQUIREMENTS:** If you have any questions, please call the doctor's office.

## APPOINTMENT RESULTS/FINDINGS

**FINDINGS/SUMMARY:** Blood pressure elevated today; Left shoulder pain.

**RECOMMENDATIONS/STAT ORDERS:** Follow up with ortho/ MRI Left shoulder as scheduled. Follow up in 2 weeks for Blood Pressure check

**MEDICATION CHANGES:** Over the counter vit D3 daily with meals. Start amlodipine 5mg daily

**PROVIDER'S SIGNATURE:** [signature] DNP          **DATE:** 3/14/24

RECEIVED

**Please provide an After Visit Summary to the resident or send a copy to rrc.referrals@naphcare.com. All referrals and follow up appointments will be reviewed by the BOP Health Systems Specialist for approval – please send all office notes to rrc.mr@naphcare.com or fax to 205-244-8027.**

**Only generic medications are approved. If brand name medication is required, send clinical documentation to rrc.casemanagement@naphcare.com or fax to 205-244-8039**

F/U 2 weeks for Blood Pressure check.
(44)

David P. Adkison, M.D.
James R. Bowman, M.D.
Jeffrey R. Cusmariu, M.D.
Edward U. Kissel, M.D.
Adam M. Lukasiewicz, M.D.
Sophia Lal, D.O.
J. Todd Smith, M.D.
James V. Worthen, M.D.



St. Vincent's Orthopedics, PC.

Telephone (205) 933-7838
Fax (205) 933-0951
2700 Tenth Avenue South
St. Vincent's Professional Bldg. II Suite 200
Birmingham, Alabama 35205
www.stvortho.com

## Work Status Form

To:
Fax:

Patient:     Last <u>Woods</u>     First <u>Nicholas</u>     Initial    SS# <u>258678232</u>

Company Name

Date of Injury                     Injured Site <u>left shoulder</u>

Diagnosis/Condition (Briefly Explain) M75.122 Complete rotator cuff tear or rupture of left shoulder, not specified as traumatic Left

**Plan of Treatment: Check if applicable (only)**

- ☐ Medications:     ☐ NSAIDs    ☐ Muscle Relaxants    ☐ Other
- ☐ Physical Therapy
- ☐ Diagnostic Test:   ☑ MRI    ☐ CT Scan   ☐ Bone Scan   ☐ EMG/NCS
- ☐ Surgery
- ☐ Other

**Disposition**

- ☐ Patient may return to work w/no limitations on
- ☑ Patient unable to return to work at this time.
- ☐ Patient may return to work on            with the following limitations:

| | | | |
|---|---|---|---|
| ☐ | **Sedentary Work.** Lifting 10 pounds maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. | ☐ | No prolonged standing or walking. |
| | | ☐ | Should be sitting _ % of shift. |
| | | ☑ | No pushing or pulling over <u>20</u> lbs. |
| | | ☐ | No repetitive bending at waist. |
| ☐ | **Light Work.** Lifting 20 pounds maximum with frequent lifting and/or carrying of objects weighing up to 10 pounds. | ☐ | No twisting at waist (eg. sweeping) |
| | | ☐ | No climbing of ladders or poles. |
| ☐ | **Light Medium Work.** Lifting 30 pounds maximum with frequent lifting and/or carrying of objects weighing up to 20 pounds. | ☐ | No climbing of stairs. |
| | | ☐ | No working from UNGUARDED heights. |
| ☐ | **Medium Work.** Lifting 50 pounds maximum with frequent lifting and/or carrying of objects weighing up to 25 pounds. | ☑ | No reaching above shoulder level. |
| | | ☐ | No operating of mobile equipment. |
| ☐ | **Light Heavy Work.** Lifting 75 pounds maximum with frequent lifting and/or carrying of objects weighing up to 40 pounds. | ☐ | No work around hazardous machinery. |
| | | ☐ | No squatting or kneeling. |
| ☐ | **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/or carrying of objects weighing up to 50 pounds. | ☐ | No repetitive motion of |
| | | ☐ | Hand Only |
| | | ☑ | No Heavy lifting |

If work is not available with these limitations, then the patient is unable to return to work.

Next appointment date and time 2/19/2024

Estimated time to fully duty                 Estimated time to MMI

Physician's Signature                     Date: 2/6/2024

(45)



David P. Adkison, M.D.
James R. Bowman, M.D.
Jeffrey R. Cusmariu, M.D.
Edward U. Kissel, M.D.
Adam M. Lukasiewicz, M.D.
Sophia Lal, D.O.
J. Todd Smith, M.D.
James V. Worthen, M.D.

**St. Vincent's Orthopedics, PC**

Telephone (205) 933-7838
Fax (205) 933-0951
2700 Tenth Avenue South
St. Vincent's Professional Bldg. II Suite 200
Birmingham, Alabama 35205
www.stvortho.com

## Work Status Form

To:
Fax:

Patient:   Last <u>Woods</u>   First <u>Nicholas</u>   Initial   SS# <u>258678232</u>

Company Name

Date of Injury   Injured Site <u>Left Shoulder</u>

Diagnosis/Condition (Briefly Explain) M25.512 Pain in left shoulder Left

S43.432D Superior glenoid labrum lesion of left shoulder, subsequent encounter Left

S46.092D Other injury of muscle(s) and tendon(s) of the rotator cuff of left shoulder, subsequent encounter Left

S46.192D Other injury of muscle, fascia and tendon of long head of biceps, left arm, subsequent encounter Left

**Plan of Treatment: Check if applicable (only)**

☑ Medications:        ☐ NSAIDs   ☐ Muscle Relaxants        ☐ Other

☑ Physical Therapy

☐ Diagnostic Test:        ☐ MRI        ☐ CT Scan   ☐ Bone Scan ☐ EMG/NCS

☐ Surgery

☑ Other <u>Patient is having Left Shoulder Arthroscopy w/SAD and RC reapir on July 11th</u>

**Disposition**

☐ Patient may return to work w/no limitations on

☑ Patient unable to return to work at this time.

☐ Patient may return to work on        with the following limitations:

| | | | |
|---|---|---|---|
| ☐ | **Sedentary Work.** Lifting 10 pounds maximum and occasionally lifting and/or carrying such articles as dockets, ledgers, and small tools. | ☐ | No prolonged standing or walking. |
| | | ☐ | Should be sitting  % of shift. |
| | | ☑ | No pushing or pulling over  lbs. |
| | | ☐ | No repetitive bending at waist. |
| ☐ | **Light Work.** Lifting 20 pounds maximum with frequent lifting and/or carrying of objects weighing up to 10 pounds. | ☐ | No twisting at waist (eg. sweeping) |
| | | ☐ | No climbing of ladders or poles. |
| ☐ | **Light Medium Work.** Lifting 30 pounds maximum with frequent lifting and/or carrying of objects weighing up to 20 pounds. | ☐ | No climbing of stairs. |
| | | ☐ | No working from UNGUARDED heights. |
| ☐ | **Medium Work.** Lifting 50 pounds maximum with frequent lifting and/or carrying of objects weighing up to 25 pounds. | ☑ | No reaching above shoulder level. |
| | | ☐ | No operating of mobile equipment. |
| ☐ | **Light Heavy Work.** Lifting 75 pounds maximum with frequent lifting and/or carrying of objects weighing up to 40 pounds. | ☐ | No work around hazardous machinery. |
| | | ☐ | No squatting or kneeling. |
| ☐ | **Heavy Work.** Lifting 100 pounds maximum with frequent lifting and/or carrying of objects weighing up to 50 pounds. | ☐ | No repetitive motion of |
| | | ☐ | Hand Only |
| | | ☐ | |

If work is not available with these limitations, then the patient is unable to return to work.

Next appointment date and time 6/14/2024

Estimated time to fully duty                    Estimated time to MMI

Physician's Signature                    Date: 5/3/2024



(46)

David P. Adkison, M.D.
James R. Bowman, M.D.
Jeffrey R. Cusmariu, M.D.
Edward U. Kissel, M.D.
Adam M. Lukasiewicz, M.D.
Sophia Lal, D.O.
J. Todd Smith, M.D.
James V. Worthen, M.D.



St. Vincent's Orthopedics, PC

Telephone (205) 933-7838
Fax (205) 933-0951
2700 Tenth Avenue South
St. Vincent's Professional Bldg. II Suite 200
Birmingham, Alabama 35205
www.stvortho.com

**Date:**  4/16/2024
**Re:**  Nicholas Woods

To whom it may concern:

I had the pleasure of seeing , Nicholas Woods on 4/16/2024. We are working to schedule Arthroscopic surgery for his left shoulder.

Sincerely,

Electronically signed by: Reaves M. Crabtree, MD.
Date: 4/16/2024

(47)

1 of 1

TRULINCS  71361380 - WOODS, NICHOLAS - Unit: FOM-A-A

------------------------------------------------------------------------------------------------

FROM: 71361380
TO: Medium Health Services
SUBJECT: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A
DATE: 07/11/2022 10:23:30 AM

To: A.Ray medical director
Inmate Work Assignment: N/A

July 11, 2022, Put in a call out seen a medical staff member. She examine my shoulder heard how it was popping making noise.
I expalin the pain that i have been in , for months now. Seeing i was on the call -out to see Dr. Tomar at 9.00am. While at my
appointment to see Dr. Tomar, I expalin to Dr. Tomar; "I dont want any more of your service". Dr. Tomar tried to have me sign a
refuse document. I mention to him, I will not sign it. I am not refusing, am refusing your way of caring for a patient. Please my
last visit I seen with Dr. Tomar was not good. Dr. Woodard had to step in between us. I have spoken with the ASS. WARDEN
about Dr. Toamr today. I expalin my situation to M. Miller also. I have to go back to medical at 12:00p.m. to get my vitals taken.
Please i need some help with my shoulder and something is going wrong with my eyes. left eye where my eye was cut.  want to
hurting me, Continue to have headaches. CANT SLEEP AT NIGHT

(48)

TRULINCS  71361380 - WOODS, NICHOLAS - Unit: FOM-A-A

-------------------------------------------------------------------------------------------

FROM: 71361380
TO: Medium Health Services
SUBJECT: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A
DATE: 07/11/2022 02:20:38 PM

To: A.Ray
Inmate Work Assignment: n/a

Having the worst experience in life, dealing with Miss Nichols. A 12:00pm appointment to get my vitals check. Now Miss Nichols askied why am i up here. I mention to get my vitals check from the lady that told to come back. Miss Nichols got very rude saying noone told me to come here. While I was seated in the waiting room. Miss Miller was exiting from one of the rooms. I askied if i could use the restroom. She open the door said sure you can. Used the restroom. Didnt  see anyone I was seated in the waiting area. Miss Nichols was exiting one of the rooms, seen me and said HOW DID YOU SNEAK BACK HERE. I said i didn't sneak no where. She call compound officer on me said I continue come up here about the same thing. I then was told to have a seat in the hot heat for no reason. I spoke with the active LT. Mcalister. I tired of this all. I HAVE DO AN ADMINISTRATIVE REMEDY ON MISS NICHOLS. I just need help for my shoulder. And seeking help for my eye.

(49)

TRULINCS  71361380 - WOODS, NICHOLAS - Unit: FOM-A-A

-------------------------------------------------------------------------------------------------

FROM: 71361380
TO: Medium Health Services
SUBJECT: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A
DATE: 07/21/2022 01:08:27 PM

To: Miss J. Harris APRN
Inmate Work Assignment: N'A

Miss Harris i have submitted several cop-out, for my left eye that i have been complaining about for pain. Right that i have been complaining about i have not seen anyone at all. I had a accident trying to get in my bed. I slip and injuried my shoulder had a Xray but been complaing that i need a MRI. Miss Morehart seen on July 11,2022 and said i need a MRI. She heard my shoulder. Dr. Woodard had put me in for a MRI, but Dr. Tomar canceled it. I dont want to ever have any examine with Dr. Tomar he's an terrible person. At night this injury gives me so much pain. Injury occured in march 28 2022. I have had a shot. I t didn't help steriods also didn't help. This is going on to long now. Especially my left eye where i was cut in my eye. Other health issues. Even when i went to Memphis Hospital concerning my rectum only thing the doctor donr was stick her finger in my rectum. Thats it. Am still wondering whats going on with me. Straing to use the restroom feels as if my rectum is closing in after the surgery that was done. But i never this Doctor permission to do what he done. My neck is now bothering me from my shoulder injury at night, i dont know what to do.

(50)

July 2022

↩ Reply all    ∨    🗑 Delete    ⊘ Junk    Block    ⋯

153505f5-02be-4041-bc49-d63f93100bf8

F    FOM-InmateToHealthSvcs (BOP)
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

Tue 10/25/2022 7:01 PM

It appears that you were last seen regarding this complaint on 9/22/22.  If you are still having problems please make sick call.
Thanks

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Thursday, July 21, 2022 6:08 PM
To: FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Miss J. Harris APRN
Inmate Work Assignment: N'A

J. Harris, APRN
Forrest City, AR
*Harris APRN*
10/25/22

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
153505f5-02be-4041-bc49-d63f93100bf8
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Miss Harris i have submitted several cop-out, for my left eye that i have been complaining about for pain. Right that i have been complaining about i have not seen anyone at all. I had a accident trying to get in my bed. I slip and injuried my shoulder had a Xray but been complaing that i need a MRI. Miss Morehart seen on July 11,2022 and said i need a MRI. She heard my shoulder. Dr. Woodard had put me in for a MRI, but Dr. Tomar canceled it. I dont want to ever have any examine with Dr. Tomar he's an terrible person. At night this injury gives me so much pain. Injury occured in march 28 2022. I have had a shot. I t didn't help steriods also didn't help. This is going on to long now. Especially my left eye where i was cut in my eye. Other health issues. Even when i went to Memphis Hospital concerning my rectum only thing the doctor donr was stick her finger in my rectum. Thats it. Am still wondering whats going on with me. Straing to use the restroom feels as if my rectum is closing in after the surgery that was done. But i never this Doctor permission to do what he done. My neck is now bothering me from my shoulder injury at night, i dont know what to do.

↩ Reply    ↪ Forward

(51)

Reply all   ⌄   🗑 Delete   ⊘ Junk   Block   •••

17002570-651e-41a0-8428-047c614b0454

F   **FOM-InmateToHealthSvcs (BOP)**
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

Wed 10/26/2022 7:46 PM

You were seen most recently for these complaints on 9/22/22.
Thanks

**From:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Friday, August 19, 2022 12:50 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Health Service medical
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the
subject line.
17002570-651e-41a0-8428-047c614b0454
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***

Today turning in a sick -call form to J. Lamarra. Ms. Lamarra had no indication to see what is wrong with
me. I have swelling on my collar bone area and neck. This issue I haver complain about numerous of time.
I am honestly scared. Haven't had a descent sleep at all, cause of pain, that is killing. Am really at my
mercy in life. This is medical neglect. Issues I have been complaining about am not getting any treatment
for. Shoulder, throat, neck area swelling,(r) pinkie finger,eye(s) pain left eye vision is getting bad. J.
Lamarra mention she would put me on a schedule. Another individual was behind me, he was seen by
medical with his sick-call call form. Also earlier I said to LT Randle, on compound, that i have to go to sick
call, he stated"not to go to medical because Ms. Nichols is working". Yesterday i turn in a sick call form.
Camera footage will indicate all truth. With LT. Randle and Ms. Nichols escorted me Monday for Ms.
Nichols false allegation of stalking

↩ Reply   ↪ Forward

(52)

↩ Reply all | ⌄   🗑 Delete   ⊘ Junk   Block   ⋯

3eb4d32c-7b42-4281-93b5-70328171e474

F   FOM-InmateToHealthSvcs (BOP)                                    👍 ↩ ↩ ↪ ⋯
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>        Wed 11/2/2022 8:17 PM

It appears that you have been seen for these complaints multiple times. If you are continuing to have problems, please make sick call.
Thanks

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Friday, October 28, 2022 11:57 AM
To: FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Miss J. Harris APRN
Inmate Work Assignment: N'A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
3eb4d32c-7b42-4281-93b5-70328171e474
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Tired of making the same sick calls over and over and nothing is getting done pain in my shoulder and eye no pain medicine at all. no M.R.I. to see whats wrong with my shoulder. Starting on my remedies process. This place want help noone. yall will let a person die here.
-----Medium Health Services on 10/25/2022 2:02 PM wrote:

>
It appears that you were last seen regarding this complaint on 9/22/22. If you are still having problems please make sick call.
Thanks

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Thursday, July 21, 2022 6:08 PM
To: FOM-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

(53)

**e27f15d7-2dc1-42b4-b7a0-b5937d50e4e5**

**FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>**

Tue 11/22/2022 4:22 PM

A. Thomas H.I.T.
FCC Forrest City, AR

To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

**Mr. Woods**
**There is no record of a inmate request that was turned in on 10/31/22, but there is one dated 10/28/22**
**with shoulder pain complaints. Watch call out for medical records to receive copy of inmate request to**
**staff.**

---

**F om: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>**
**Sent: Friday, November 18, 2022 2:49 PM**
**To: FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>**
**Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A**

To: Medical Records
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be n the
subject line.
e27f15d7-2dc1-42b4-b7a0-b5937d50e4e5
Your response must come from the departmental mail box. Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***

On Oct.31,2022 I turned in a inmate request. Miss Nichols received and i want a copy of that in my
medical file. This request read with my copy, said Having problems with my shoulder, continue to
complain about pain. I need a M.R.I. something is wrong. Please help me. Also nerve damage involing
my (R) pinkie finger needs a M.R.I. These concern with my shoulder,eye,rectum,throat. I am not receiving
proper medical adequate treatment while in custody. No pain medication,can't sleep. Asking for camera
review from the morning of date.

(54)



↰ Reply all  ∨    🗑 Delete    ⊘ Report ∨    ⋯

cf238467-0e89-48d9-b973-800d1e5426da

---

F   FOM-InmateToHealthSvcs (BOP)
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>                     Mon 11/21/2022 3:16 PM

Per review of BEMR you have received medical care for these complaints.  If you are continuing to have problems then you must make sick call.
Thanks

---

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Friday, November 18, 2022 2:40 PM
To: FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Medical Department
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
cf238467-0e89-48d9-b973-800d1e5426da
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


On Nov, 17, 2022, Went to medical sick call, allowing medical staff to understand am having problems with chest pain and feeling like my blood pressure was up. I didn't even get my blood pressure check. Also, not understanding why i haven't had a weekly check up, from the date of receiving that my blood pressure was up on Oct.31.2022. Having a shoulder pain that i have been begging to get a M.R.I. on what's going with my (left) shoulder. I think blood pressure is up do to the pain that it is causing me. Or (left) eye pain. That the sad part about everything is that i haven't been put on no pain medication that i have been asking medical staff for. With all Federal Bureau records, i want this to be best evidence showing i have been needing medical attention.

↰ Reply    ↱ Forward

*J. Harris, APRN*
*Forrest City, AR*

(55)

Nov. 2022

**e27f15d7-2dc1-42b4-b7a0-b5937d50e4e5**

**FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>**
Tue 11/22/2022 4:22 PM

A. Thomas H.I.T.
FCC Forrest City, AR

To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

Mr. Woods
There is no record of a inmate request that was turned in on 10/31/22, but there is one dated 10/28/22
with shoulder pain complaints. Watch call out for medical records to receive copy of inmate request to
staff.

---

**F om:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Friday, November 18, 2022 2:49 PM
**To:** FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Medical Records
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be ·n the
subject line.
e27f15d7-2dc1-42b4-b7a0-b5937d50e4e5
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL
NOT be delivered to the inmate.

***Inmate Message Below***

On Oct.31,2022 I turned in a inmate request. Miss Nichols received and i want a copy of that in my
medical file. This request read with my copy, said Having problems with my shoulder, continue to
complain about pain. I need a M.R.I. something is wrong. Please help me. Also nerve damage involing
my (R) pinkie finger needs a M.R.I. These concern with my shoulder,eye,rectum,throat. I am not receiving
proper medical adequate treatment while in custody. No pain medication,can't sleep. Asking for camera
review from the morning of date.

(56)

*Nov 2022*

71cc0da8-53f1-4741-9b95-832b45fa2978

F    FOM-InmateToHealthSvcs (BOP)
    To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>    Tue 11/29/2022 9:17 PM

As instructed several times you need to make sick call for this complaint.

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Monday, November 21, 2022 8:28 PM
To: FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Medical Department
Inmate Work Assignment: N/A

*J. Harris, APRN*
*Forrest City, AR*
*11/29/22*

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
71cc0da8-53f1-4741-9b95-832b45fa2978
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I haven't receive the proper care for my shoulder suffering in pain for months. please i need a M.R.I to prove that i been in a pain this long. Haven't had a blood pressure check yet also. With still no pain medication. I tired of explaining myself with no help i will continue this until i get in the court room because my shoulder is damage bad healing. This health department needs to be investigated on.
-----Medium Health Services on 11/21/2022 2:17 PM wrote:

>
Per review of BEMR you have received medical care for these complaints. If you are continuing to have problems then you must make sick call.
Thanks

From: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
Sent: Friday, November 18, 2022 2:40 PM
To: FOM-InmateToHealthSvcs (BOP) >
Subject: ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Medical Department
Inmate Work Assignment: N/A

(57)

**cd0ce739-da76-4515-8429-c881fa7a649c**

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Wed 12/14/2022 3:48 PM
To: ~^I WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

The report will indicate that contrast was not used.
Muscle Pain/Tendon Tears or trauma do not require contrast.
If the radiologist requests to repeat with contrast, it will be reordered with contrast.

---

**From:** ~^I WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Tuesday, December 13, 2022 2:46 PM
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Medical Staff
Inmate Work Assignment: N/A

J. Harris, APRN
Forrest City, AR
12/14/22

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
cd0ce739-da76-4515-8429-c881fa7a649c
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

On Dec. 12, 2022 having finally a M.R.I. done on my lefy shoulder, from a injury that was injuried in March 2022. While having the M.R.I., I notice it was no dye placed in my body;( from taken it by mouth or injection). Understanding technology has change, but i do want this to be documented on record on file just in case the results on reading insuffient. Dealing with this pain in shoulder is causing not enough sleep at night.

(58)

Dcc 2022

**df0b0add-eec5-4034-8160-c10f2597dd6f**

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Tue 2/14/2023 8:39 PM
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
You are schedule to be seen by an outside orthopedic soon. Make sure to take duloxetine in the morning, since it can cause difficulty sleeping. The BOP does not treat insomnia with medications.

---

**From:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Friday, December 30, 2022 3:22 PM
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Miss Yang
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
df0b0add-eec5-4034-8160-c10f2597dd6f
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Miss Yang realize the results of the M.R.I. of my shoulder display a lot of damage. When and how long do I have to continue to wait. I have so much pain, haven't had any real sleep in 10 months. When I spoke to you and Miss Woodard I assume you all would prescribe some kind of sleep medicine for me to sleep. Please I need to go out to the specialist as soon as possible. THANK YOU, for you time and consideration.

Y. Vang, RDH
FCC Forrest City, AR

(59)

Jan 2023

**777f9146-d920-41af-ab98-2b7120666b6e**

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Thu 3/2/2023 7:08 PM
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

Please make sick call for these type of requests.  Also records show that you have been seen and evaluated previously for all of these complaints.  This is an old email so if you are still having any of these issues please make sick call.
Thanks

---

**From:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Thursday, January 5, 2023 12:59 PM
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: medical staff
Inmate Work Assignment: n/a

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
777f9146-d920-41af-ab98-2b7120666b6e
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Before turning in medical request, i want this document to be on record. "Having significant pain in shoulder, also I cant sleep. Furthermore right eye vision is getting bad effecting left eye, left eye is hurting with redness including with it. Headache want go away." This will be turned in to medical, having problems with medical request been missing from medical department.

J. Harris, APRN
Forrest City, AR
3/2/23

(60)

Jan 2023

**a05dfada-77e3-41e2-927a-6993ba6a4747**

FOM-InmateToHealthSvcs (BOP) <FOM-InmateToHealthSvcs@bop.gov>
Tue 2/14/2023 8:43 PM
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>

Dr. Tomar is no longer a physician at the medium institution.

---

**From:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Wednesday, January 11, 2023 6:52 PM
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Forrest City Medium Medical Dept
Inmate Work Assignment: N/A

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
a05dfada-77e3-41e2-927a-6993ba6a4747
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


Having a 1 p.m. appointment with Dr Tomar, I prefer to have someone present with me. Reason being Dr. Tomar has already had some racial remarks to me. Given this to be a statement on regard, if any allegation to present as if I refuse.  Dr. Tomar has already neglected, the performance of treating my shoulder. Over 9 months being my Doctor. Dr. Tomar is rude and very disrespectful.

Y. Vang, RDH
FCC Forrest City, AR

(61)

Mar 2023

**e08bce35-089c-4616-a79e-02a91e2bbe53**

**FOM-InmateToHealthSvcs (BOP)** <FOM-InmateToHealthSvcs@bop.gov>
Tue 4/4/2023 5:12 PM
To: ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
We can not give out time frames or appointment dates to IMs.
Thanks

---

**From:** ~^! WOODS, ~^!NICHOLAS <71361380@inmatemessage.com>
**Sent:** Friday, March 17, 2023 5:36 PM
**Subject:** ***Request to Staff*** WOODS, NICHOLAS, Reg# 71361380, FOM-A-A

To: Miss Yang
Inmate Work Assignment: N/A

***ATTENTION***

J. Harris, APRN
Forrest City, AR
4/4/23

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
e08bce35-089c-4616-a79e-02a91e2bbe53
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Miss Yang how long do i have to wait for my shoulder surgery. Significant of urgent with a M.R.I. Where is that at. From December, this Month is March almost April.

(62)

Opinion

**Opinion by:**          COLLOTON

Opinion

COLLOTON, Circuit Judge.

Jose Luis Gonzalez filed suit under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, alleging that employees of the United States negligently caused significant delay in the proper treatment of leg injuries that he suffered while an inmate at the Federal Correctional Institution in Forrest City, Arkansas. After a two-day bench trial, the district court found1 the government liable and awarded compensatory damages of $813,000. On appeal, the government argues that the amount of damages is excessive. Under the deferential standard of review that applies to an award of damages in a bench trial, we affirm.

I.

On July 28, 2004, Gonzalez suffered an injury to his left leg and ankle in a prison-sanctioned softball game when another player slid into second base and struck Gonzalez. The next morning, Gonzalez self-reported to the prison's Health Services Department for medical treatment of his ankle and leg. Nurse G. Toliver told Gonzalez that "walk-ins" were not allowed and instructed him to return the next day. When Gonzalez returned on the morning of July 30, Nurse Toliver told him that he could not be treated and that he must make an appointment for August 2, 2004.

Gonzalez returned to the Health Services Department on August 3, 2004, and Physician's Assistant Yvette Toro examined him. According to Toro's notes, Gonzalez complained of pain in his left ankle "due to [a] sports injury" and assessed his pain level at a "6," noting that the pain is "worse at night." Toro requested x-rays of Gonzalez's left knee and ankle and gave him Motrin or Ibuprofen. Gonzalez requested crutches or a wheelchair, but the department did not provide them. Gonzalez also saw Dr. J. Edna Prince, the department's Clinical Director. While Gonzalez and Dr. Prince offered differing accounts of this meeting, Dr. Prince did not give Gonzalez a wheelchair or crutches or additional pain medication.

On August 17, 2004, Gonzalez returned to the Health Services Department for x-rays. A technician, however, attempted to perform an x-ray of Gonzalez's chest, because Toro's treatment order mistook Gonzalez for a similarly-named former inmate with a malady of the chest. Upon discovering the error, the technician told Gonzalez that he would have to reschedule the x-ray of his leg.

On August 26, 2004, the Health Services Department performed an x-ray of Gonzalez's leg, which revealed fractures of his fibula and ankle. After discovering the seriousness of Gonzalez's injury, Dr. Prince sent him to a local hospital where he was fitted with a supportive walking boot.

The next morning, Dr. Prince ordered Gonzalez to a hospital in Memphis, Tennessee, where a doctor performed surgery on Gonzalez's left leg and ankle. The operation-an "open reduction and internal fixation of medial malleolar fracture with closed treatment of proximal fibular fracture"-required the placement of two screws in Gonzalez's left ankle. With his ankle in a cast, Gonzalez returned to the

CIRHOT                                                    1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(63)

prison that night. Upon his return, prison officials placed Gonzalez in a Special Holding Unit. Gonzalez referred to this unit as the "hole" or "punishment cell," and claimed that he suffered serious pain without adequate medical care. Dr. Prince, however, stated that the SHU was the appropriate place for Gonzalez until he was mobile.

After three to four weeks in a cast, and another four in a walking boot, Gonzalez was able to place weight on his ankle. The Bureau of Prisons later transferred Gonzalez to another institution and released him from custody on November 14, 2008. Gonzalez was then repatriated to Mexico.

Gonzalez filed suit under the Federal Tort Claims Act, alleging that the Health Services Department and its staff breached duties of care owed to Gonzalez by refusing medical treatment and causing unreasonable delay in the diagnosis and repair of his injury. Gonzalez alleged that the delay in treatment caused him "undue and unnecessary pain and suffering." He demanded $3,000,000 in compensatory damages. The demand for damages sought "at least $10,000 per day" for pain experienced from July 28 through August 3, 2004, and "at least $5,000 per day" for pain suffered from August 3 through August 26, 2004. For August 27 through August 30, 2004, the period immediately after surgery, Gonzalez demanded $20,000 per day. He sought $2000 per month for the rest of his lifetime, due to permanent disability and arthritic pain. Gonzalez also demanded $2,170,000 to compensate for "mental anguish" suffered between August 2, 2004, and the trial in 2010, a larger proportion of which presumably occurred during the span in August 2004 when Gonzalez was denied treatment and "despaired of ever being treated." Pl.'s Demand for Damages under the Federal Tort Claims Act, at 6.

At a bench trial, the district court heard testimony from Gonzalez's expert witness, Dr. James Keever, a licensed orthopedic surgeon. Dr. Keever gave his opinion, based on a reasonable medical probability, that Gonzalez has developed permanent post-traumatic arthritis of the ankle. According to Dr. Keever, this condition was caused by the delay in treatment and will worsen with time.

The district court found that the government breached its duty of care by failing to treat Gonzalez's ankle in the four weeks prior to the taking of x-rays.2 The court, relying on Dr. Keever's testimony, also found that Gonzalez "suffered a continuing injury following his surgery on August 27, 2004 that was proximately caused by the [government's] gross negligence." Regarding Gonzalez's pain and suffering, the district court observed:

> [Gonzalez] states that he experiences pain on a constant basis and that his left ankle will not support his normal day-to-day activities. He states he can't perform his work as a mechanic or a contractor because both jobs require prolonged standing, which he is unable to do. [Gonzalez] states that he walks in pain and sleeps in pain, that he can no longer participate in athletics, and that the left ankle doesn't have the same mobility as the right ankle. For example, [Gonzalez] states that when he stumbles he is unable to recover since the ankle doesn't respond with the same reflexes as his other ankle and he thus falls down, and he states that while he can go up a ladder the problem is going down as the left foot doesn't support his body weight. [Gonzalez] states the ankle is swollen and that he has to keep moving his foot forwards and backwards so that something will release from the pain. He states he can't walk that much and that he cannot carry anything due to the pain, and that when he kneels down he struggles to get up because of the ankle.

The district court awarded Gonzalez $813,000 in compensatory damages. The award consisted of $285,000 for Gonzalez's pain and suffering and mental anguish suffered from the morning of July 29, 2004 until x-rays were taken on August 26, 2004, and $528,000 for the "pain and suffering and mental anguish reasonably certain to be experienced" for the remainder of Gonzalez's expected life, which the court determined to be 22 years.

CIRHOT                                      2

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## II.

The government's sole argument on appeal is that the amount of damages is excessive. The appeal does not challenge the sufficiency of the evidence to support the district court's finding of proximate causation, and the government does not dispute the procedural adequacy of the district court's findings of fact on liability or damages. We are asked only to set aside the district court's chosen award of $813,000.

This court has recognized that while "the amount of damages entered in a nonjury case is a finding of fact and therefore subject to the 'clearly erroneous' standard of review set forth in Fed. R. Civ. P. 52(a), any application of that general standard must take account of the special circumstances in which that kind of factual finding is rendered." *Overton v. United States*, 619 F.2d 1299, 1304 (8th Cir. 1980). This court has "long subscribed to the view" that excessiveness of an award

> is basically, and should be, a matter for the trial court which has had the benefit of hearing the testimony and of observing the demeanor of the witnesses and which knows the community and its standards; that this is a responsibility which, for better working of the judicial process and for other seemingly obvious reasons, is best placed upon its shoulders; and that we shall continue to consider review, as we have said before, not routinely and in every case, but only in those rare situations where we are pressed to conclude that there is "plain injustice" or a "monstrous" or "shocking" result. *Id*. (quoting *Solomon Dehydrating Co. v. Guyton*, 294 F.2d 439, 447-48 (8th Cir. 1961)). This has been the law for decades, yet neither Congress nor the State of Arkansas has seen fit to establish guidelines or limits on awards for pain and suffering in this context.

The "special circumstances" and "obvious reasons" counseling in favor of this deferential review include the fact that "[t]here is no precise or exact measuring stick for calculating general damages for pain and suffering." *Taken Alive v. Litzau*, 551 F.2d 196, 198 (8th Cir. 1977). "[A]wards for pain and suffering are highly subjective," *Morrissey v. Welsh Co.*, 821 F.2d 1294, 1301 (8th Cir. 1987), and "[d]epending upon the fact situation, the range between an inadequate award for pain and suffering and an excessive award can be enormous." *Id*. Only if an award is so extreme as to fall outside this "enormous" range of discretion should appellate judges substitute their "highly subjective" valuation of pain and suffering for the district judge's conclusion. And there is no special standard of review for cases involving public funds. The government is treated the same as any other tortfeasor.

The award of $813,000 in this case is generous, but we cannot conclude that the decision of the experienced district judge was "monstrous" or "shocking" or that it resulted in a "plain injustice." The government's appeal is based almost entirely on an effort to compare the award in this case with awards in other published decisions. We have observed that "comparisons to other jury verdicts are often not particularly helpful in claims involving noneconomic damages," and that a district court may even abuse its discretion by relying on such comparisons where the facts of the instant case "are not easily comparable to the facts of other cases." *McCabe v. Parker*, 608 F.3d 1068, 1080 (8th Cir. 2010) (internal quotations omitted). The facts of this case are unusual and distinguishable from the cases cited by the government. The proffered authorities do not provide us with an adequate foundation to conclude that the district court's award is so outside the mainstream that we should substitute our subjective evaluation of pain and suffering for the district court's assessment.

The judgment of the district court is affirmed.

Dissent

CIRHOT                                    3

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(65)

United States District Court
Eastern District of Arkansas


Dear Honorable Judge of
Eastern District of Arkansas
Judge James M. Moody Jr.

My name is Nicholas Leonard Woods, I have been injured at Forrest City (med) Institution Arkansas Prison. I was release from there in Dec. 2023; with no help from the medical department. With a shoulder injury that needed to be repaired. Now I am currently not working. I am under a doctor order. Will be having a shoulder surgery on July 11, 2024 at St. Vincent hospital in Birmingham, Alabama.

I can only do my best sir to get my case in court. In a timely manner with a torque claim that I started. Tried my best to seek numerous of lawyer(s) to help me no one did. With all the evidence to support my case, I am unable to support my life at this moment. A very difficult time.

Date: May 31, 2024       Sincerely,

Nicholas L. Woods

May 22, 2023

RECEIVED

2024 MAY 24 P 4: 05

TAMMY H. DOWNS

United States District Court
Richard Sheppard Arnold United State
Courthouse
600 W. Capitol Avenue
Little Rock, Ar 72201

Dear Clerk, Can you file
Motion to reconsider order Torque claim
No: TRT-SCR-2023-02858 with medical
records and St. Vincent medical records.

Nicholas L. Woods
1812 Carson Rd. apt D
Birmingham Alabama 35215
callongood411@yahoo.com
478-451-7018