# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOLAS LEONARD WOODS**                                          **PLAINTIFF**

**v.**                              **No. 4:24-cv-501-DPM**

**UNITED STATES DEPARTMENT OF**
**JUSTICE FEDERAL BUREAU OF PRISON**                    **DEFENDANT**

## ORDER

1. Woods's application to proceed *in forma pauperis*, Doc. 1, is granted. He reports an inability to work and living on little income.

2. The Court must screen Woods's complaint. 28 U.S.C. § 1915(e)(2). In March 2022, Woods was an inmate at the Forrest City Unit of the Federal Bureau of Prisons. While incarcerated, he fell from his top bunk, injuring his shoulder. *Doc. 2 at 2*. An MRI in December 2022 confirmed Woods had torn his rotator cuff in his left shoulder and needed surgery. *Doc. 2 at 33 & 43*. He has since been released from the BOP but has yet to have his shoulder repaired. He says the delayed diagnosis and treatment has caused him unbearable suffering and unrelenting pain. He seeks $5 million dollars. Woods's *pro se* Federal Tort Claims Act will be served. The Court directs the Clerk to substitute the United States of America as the proper defendant. 28 U.S.C. § 1346(b)(1).

The Clerk must provide copies of the summonses, the complaint, and this Order to the Marshal, who is directed to serve process by certified mail, restricted delivery, return receipt requested to the following:

- Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. N.W., Room 4400, Washington D.C. 20530;  and

- Johnathan D. Ross, United States Attorney, Eastern District of Arkansas, P.O. Box 1229, Little Rock, Arkansas 72203-1229.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

25 June 2024