IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS LEONARD WOODS                                          PLAINTIFF

v.                              No. 4:24-cv-501-DPM

UNITED STATES of AMERICA                                        DEFENDANT

ORDER

The motion to file attachments under seal, *Doc. 9*, is granted. Woods's notice, *Doc. 10*, with embedded motion for an extension of time to respond to the United States' motion to dismiss, *Doc. 7*, is granted. Woods's response is due by 7 October 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2024