IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICHOLAS LEONARD WOODS                                    PLAINTIFF

v.                         No. 4:24-cv-501-DPM

UNITED STATES of AMERICA                                  DEFENDANT

JUDGMENT

Woods's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025